**CELANESE INTERNATIONAL CORPORATION, Plaintiff–Appellant,**

v.

**OXYDE CHEMICALS, INC., Defendant–Appellee.**

No. 2008–1349.

United States Court of Appeals, Federal Circuit.

Aug. 27, 2008.

Alan E. Popkin, Husch Blackwell Sanders, LLP, St. Louis, MO, for Plaintiff–Appellant.

William C. Slusser, Slusser, Wilson & Partridge LLP, Houston, TX, for Defendant–Appellee.

ON MOTION

*ORDER*

Upon consideration of the parties' joint motion to voluntarily dismiss this appeal from *Celanese Intl v. Oxyde Chemicals,* no. 07–CV–2981 (S.D.Tex.),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**GOOD SPORTSMAN MARKETING, LLC, Plaintiff–Appellant,**

and

**IP Holdings, Inc., Plaintiff,**

**NON TYPICAL, INC. (doing business as Cuddeback), Defendant–Appellee.**

No. 2008–1411.

United States Court of Appeals, Federal Circuit.

Aug. 27, 2008.

ON MOTION

*ORDER*

Upon consideration of the appellant's unopposed motion to withdraw its appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) All sides shall bear their own costs.